| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*AMENDED*

| 1. Person Reporting (last name, first, middle initial)<br><br>Duffy, Patrick M | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>08/07/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br>Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Psaras Foundation |
| 2. Director | Doonbeg Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 OCT -2 A 11:32   FINANCIAL DISCLOSURE OFFICE   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 08/07/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Spouse is self-employed health care consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Board of Trial Advocats | May 06, 2005 - Expenses for travel, food and lodging for meeting at The Woodlands, Summerville, SC. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 08/07/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Line | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 2. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market Fund | | Interest | J | T | | | | | |
| 4. EMC Corp | | None | J | T | | | | | |
| 5. JDS Uniphase Corp | | None | | | Sell | 12/09 | J | A | |
| 6. Sun Microsystems Inc | | None | | | Sell | 10/04 | J | A | |
| 7. General Electric Co | A | Dividend | J | T | | | | | |
| 8. Time Warner Inc | A | Dividend | J | T | | | | | |
| 9. Wipro LTD Spons ADR | A | Dividend | J | T | | | | | |
| 10. Saturns AT&T Corp | | None | J | T | | | | | |
| 11. XM Satellite Radio Hldg Inc CL A | | None | J | T | | | | | |
| 12. Investment Co of AmericCL B | A | Dividend | J | T | | | | | |
| 13. Nasdaq 100 Trust Series I | | None | | | Sell | 09/21 | J | A | |
| 14. Alcoa Inc | A | Dividend | J | T | | | | | |
| 15. Chicos Fas Inc | | None | | | Sell | 09/21 | J | A | |
| 16. Duke Energy Co | A | Dividend | J | T | | | | | |
| 17. Home Depot Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp | | None | | | Sell | 04/25 | J | A | |
| 19. Ishares S&P Small Cap 600 Val | | None | | | Sell | 02/10 | J | A | |
| 20. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 21. Microsoft Corp | A | Dividend | J | T | | | | | |
| 22. Nortel Networks Corp New | | None | | | Sell | 02/10 | J | A | |
| 23. General Electric Co | A | Dividend | J | T | | | | | |
| 24. Thornburg Mortgage Inc | A | Dividend | J | T | | | | | |
| 25. Natl Wminister Bk PLC ADR PFD C | A | Dividend | J | T | | | | | |
| 26. Morgan Stanley Cap Trust V | A | Dividend | J | T | | | | | |
| 27. Bank of America Corp | A | Dividend | J | T | Buy | 07/27 | J | | |
| 28. Citigroup Inc | | None | J | T | Buy | 02/10 | J | | |
| 29. Clorox Co | | None | J | T | Buy | 02/10 | J | | |
| 30. Pepsico Inc | | None | J | T | Buy | 10/20 | J | | |
| 31. Emerson Electric Co | | None | J | T | Buy | 12/06 | J | | |
| 32. Enron Corp | | None | J | T | | | | | |
| 33. LSI Logic Corp | | None | J | T | | | | | |
| 34. Microsoft Corp | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppen Main Street Fund CL A | A | Dividend | J | T | | | | | |
| 36. Qualcom Inc | A | Dividend | | T | Sell | 12/09 | J | A | |
| 37. Proctor & Gamble Co | | None | J | T | Buy | 12/09 | J | | |
| 38. Putnam New Opport CL A | A | Dividend | J | T | | | | | |
| 39. Sun Microsystems Inc | | None | J | T | | | | | |
| 40. I-26/78 Associate LLC 12/30/88 $60,000 Land | | None | L | R | | | | | |
| 41. Mass Mutual Annuity | | None | J | T | | | | | |
| 42. First Federal of Charleston | A | Interest | J | T | | | | | |
| 43. Bank of America | A | Interest | J | T | | | | | |
| 44. Asset Allocation Fund Inv | | None | J | T | | | | | |
| 45. Morgan Growth Fund Inv | A | Dividend | J | T | | | | | |
| 46. AIM Leisure Fund Inv Class | A | Dividend | J | T | | | | | |
| 47. AIM Tech Fund Investor Class | | None | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment  T =Cash Market
   U =Book Value  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item 1.   Edward Jones Money Market Fund formerly Morgan Stanley Liquid Asset Fund. Account transferred in October 2005.

Item. 2   Edward Jones Money Market Fund formerly Morgan Stanley Liquid Asset Fund. Account transferred in October 2005.

Item 3.   Edward Jones Money Market Fund formerly Morgan Stanley Liquid Asset Fund. Account transferred in October 2005.

Item 16.   Duke Energy Co.converted to common stock formerly Duke Energy Corp UT 8250.

Item 25.   Natl Wminister Bk PLC ADR PFD C formerly Nat Western Bk.

Item 26.   Morgan Stanley Cap Trust V formerly Morgan Stanley V Cum.

Item 44.   Asset Allocation Fund Inv erreneously omitted from 2004 Financial Disclosure Report.

Item 45.   Morgan Growth Fund Inv erroneously omitted from 2004 Financial Disclosure Report.

Item 46.   AIM Leisure Fund erroneously omitted from 2004 Financial Disclosure Report.

Item 47.   AIM Tech Fund erroneously omitted from 2004 Financial Disclosure Report.

| 1. Person Reporting (last name, first, middle initial)<br><br>Duffy, Patrick M | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>08/07/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br>Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Psaras Foundation |
| 2. Director | Doonbeg Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 AUG -9 A 10: 38 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 08/07/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ▮▮▮▮ self-employed health care consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Board of Trial Advocats | May 06, 2005 - Expenses for travel, food and lodging for meeting at The Woodlands, Summerville, SC. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Line | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Intel Corp | | | | | Sell | 04/25 | J | A | |
| 19. Ishares S&P Small Cap 600 Val | | | | | Sell | 02/10 | J | A | |
| 20. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 21. Microsoft Corp | A | Dividend | J | T | | | | | |
| 22. Nortel Networks Corp New | | | | | Sell | 02/10 | J | A | |
| 23. General Electric Co | A | Dividend | J | T | | | | | |
| 24. Thornburg Mortgage Inc | A | Dividend | J | T | | | | | |
| 25. Natl Wminister Bk PLC ADR PFD C | A | Dividend | J | T | | | | | |
| 26. Morgan Stanley Cap Trust V | A | Dividend | J | T | | | | | |
| 27. Bank of America Corp | A | Dividend | J | T | Buy | 07/27 | | | |
| 28. Citigroup Inc | | None | J | T | Buy | 02/10 | | | |
| 29. Clorox Co | | None | J | T | Buy | 02/10 | | | |
| 30. Pepsico Inc | | None | J | T | Buy | 10/20 | | | |
| 31. Emerson Electric Co | | None | J | T | Buy | 12/06 | | | |
| 32. Enron Corp | | None | J | T | | | | | |
| 33. LSI Logic Corp | | None | J | T | | | | | |
| 34. Microsoft Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppen Main Street Fund CL A | A | Dividend | | T | | | | | |
| 36. Qualcom Inc | | | | | Sell | 12/09 | J | A | |
| 37. Proctor & Gamble Co | | None | J | T | Buy | 12/09 | | | |
| 38. Putnam New Opport CL A | A | Dividend | J | T | | | | | |
| 39. Sun Microsystems Inc | | None | J | T | | | | | |
| 40. I-26/78 Associate LLC 12/30/88 $60,000 Land | | None | L | R | | | | | |
| 41. Mass Mutual Annuity | | None | J | T | | | | | |
| 42. First Federal of Charleston | A | Interest | J | T | | | | | |
| 43. Bank of America | A | Interest | J | T | | | | | |
| 44. Asset Allocation Fund Inv | | None | J | T | | | | | |
| 45. Morgan Growth Fund Inv | A | Dividend | | T | | | | | |
| 46. AIM Leisure Fund Inv Class | A | Dividend | J | T | | | | | |
| 47. AIM Tech Fund Investor Class | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Duffy, Patrick M | 08/07/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item 1.  Edward Jones Money Market Fund formerly Morgan Stanley Liquid Asset Fund.  Account transferred in October 2005.

Item. 2  Edward Jones Money Market Fund formerly Morgan Stanley Liquid Asset Fund.  Account transferred in October 2005.

Item 3.  Edward Jones Money Market Fund formerly Morgan Stanley Liquid Asset Fund.  Account transferred in October 2005.

Item 16.  Duke Energy Co.converted to common stock formerly Duke Energy Corp UT 8250.

Item 25.  Natl Wminister Bk PLC ADR PFD C formerly Nat Western Bk.

Item 26.  Morgan Stanley Cap Trust V formerly Morgan Stanley V Cum.

Item 44.  Asset Allocation Fund Inv erreneously omitted from 2004 Financial Disclosure Report.

Item 45.  Morgan Growth Fund Inv erroneously omitted from 2004 Financial Disclosure Report.

Item 46.  AIM Leisure Fund erroneously omitted from 2004 Financial Disclosure Report.

Item 47.  AIM Tech Fund erroneously omitted from 2004 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 08/07/2006 |

## IX. CERTIFICATION.

   - I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature X ▓▓▓▓▓▓▓▓▓▓▓▓     Date X _Aug 8, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544